Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PACIFIC TOMATO GROWERS, LTD., *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> TANIMURA DISTRIBUTING, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:08-cv-05100-GW-FFM <br><br> HONORABLE GEORGE H. WU <br><br> ORDER TO SHOW CAUSE |

Upon the Affidavits of Joey Poklemba and Francisco Clouthier, sworn on the 7th day of August, 2008; Attorney Certification Why Notice Should Not Be Required Pursuant to Rule 65(b); Memorandum of Law; and other pleadings, papers and proceedings submitted, let the Defendant, Tanimura Distributing, Inc. ("Tanimura Distributing"), show cause before this Court on the 18th day of August, 2008 at 8:30 a.m. of that day or as soon thereafter as counsel may be heard, at the United States Courthouse, 312 N. Spring Street, Los Angeles, CA 90012 before the Honorable George H. Wu, why an order for Preliminary Injunction should not be entered

pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enforcing the statutory trust in accordance with Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), by segregating all trust assets of Tanimiura Distributing.  Sufficient cause appearing therefore, it is:

**ORDERED**, that pending hearing and determination of this Order to Show Cause, Tanimiura Distributing, its agents, officers, subsidiaries, assigns, and banking institutions, shall not alienate, dissipate, pay over or assign any PACA trust assets, without agreement of Plaintiffs, or until further order of this Court, or until said Defendant pays Plaintiffs the sum of $221,232.30 by cashiers' check or certified check.  Under §499e(c)(2) of PACA, trust assets include perishable agricultural commodities received by a commission merchant, dealer or broker in all transactions, and all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities or products, and it is further

**ORDERED**, that this Order shall be binding upon the parties to this action, their officers, agents, employees, banking institutions, or attorneys and all other persons or entities who receive actual notice of this Order by personal service or otherwise, and it is further

**ORDERED**, that Plaintiffs are not required to give security in view of the fact that Defendant, Tanimiura Distributing, now holds $221,232.30 of PACA trust assets which are the Plaintiffs' property and that this Order

1  merely requires the Defendant <u>corporation</u> to obey the requirements of
2  federal law, and it is further

3      **ORDERED**, that Plaintiffs shall serve a copy of this Order, together
4  with the annexed Affidavits and Memorandum of Law, by personal
5  service, including by facsimile transmission or federal express, on or before
6  the 11th day of August, 2008, and that such service shall be deemed good
7  and sufficient.

8      **DONE and ORDERED,** this 8th day of August, 2008 at Los Angeles,
9  California.

*[signature: George H. Wu]*

**Honorable Judge George H. Wu**
**United States District Court Judge**