UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PACIFIC TOMATO GROWERS, LTD., *et al.* <br><br> Plaintiff, <br> vs. <br><br> TANIMURA DISTRIBUTING, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:08-cv-05100-GW-FFM <br><br> HONORABLE GEORGE H. WU <br><br> PRELIMINARY INJUNCTION ORDER |

Before this Court is Plaintiffs' Motion for Preliminary Injunction under Rule 65(a) of the Federal Rules of Civil Procedure.  Plaintiffs' Motion came before this Court on August 18, 2008 at 8:30 a.m., after proper notice was issued. Counsel for the Plaintiffs appeared via telephone.  Defendants failed to appear, despite having been properly served with notice of this hearing.

On or about August 4, 2008, Plaintiffs commenced the above entitled action against Defendants Tanimura Distributing, Inc. ("Tanimura Distributing"), Kirby T. Tanimura, Angelito Caballa, and Yolanda Tanimura (collectively referred to as the "Defendants"), seeking to enforce payment from the statutory trust imposed by the Perishable Agricultural Commodities Act, 1930, as amended, 7 U.S.C. §499e(c)(2) ("PACA").  As part of their action,

Preliminary Injunction Order                                                                                              Page 1 of 5

Plaintiffs sought injunctive relief against the Defendants to enjoin and restrain them from violating the provisions of PACA and from dissipating assets subject to the PACA Trust.

On or about August 8, 2008, the undersigned United States District Court Judge issued an Order to Show Cause enjoining Defendant Tanimura Distributing, its agents, officers, subsidiaries, assigns, and banking institutions from alienating, dissipating, paying, or assigning any PACA trust assets, without agreement of the parties or until further order of this Court, or until said Defendant pays Plaintiffs the sum of $221,232.30 by cashiers' check or certified check.

This Court scheduled a hearing for entry of a Preliminary Injunction and ordered the Plaintiffs to serve a copy of the Order to Show Cause on the Defendants.

Plaintiffs have served copies of the Order to Show Cause on all Defendants either via substituted service or facsimile.

On August 13, 2008, Defendant, Tanimura Distributing, Inc. filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Central District of California, Case No. 2:08-bk-22655-TD, thereby staying this proceeding against only Defendant, Tanimura Distributing, Inc.  This Court notes that Tanimura Distributing, Inc.'s bankruptcy petition does not affect or stay the claims against the Individual Defendants, Kirby Tanimura, Yolanda Tanimura, and Angelito Caballa.

On August 18, 2008, the hearing on Plaintiffs' Motion for Preliminary Injunction came before this Court.

Based upon Plaintiffs' pleadings, the Affidavits of Joey Poklemba and Francisco Clouthier, and the supporting documents, the Court finds that Plaintiffs have shown: (1) they are likely to succeed on the merits; (2) there is a risk of irreparable harm if the injunction is not granted; (3) the balance of hardships favors the issuance of the injunction; and (4) the issuance of the injunction is in the public interest. Freecycle Network, Inc. v. Oey, 505 F3d 898, 902 (9th Cir. 2007) (identifying the requirements for issuance of a preliminary injunction).

Specifically, the Court finds that Defendant Tanimura Distributing purchased $221,232.30 in perishable agricultural commodities in interstate commerce from Plaintiffs, that Plaintiffs provided Tanimura Distributing proper notice of intent to preserve trust benefits and that Tanimura Distributing failed to pay Plaintiffs for the perishable agricultural commodities in violation of PACA, 7 U.S.C. §499e(c).

The Court further finds that Plaintiffs have established that there is sufficient risk of dissipation of assets subject to the PACA trust to warrant the relief granted in this order and the Court concludes that a Preliminary Injunction should be issued.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Issuance of Preliminary Injunction is granted solely to the extent set forth below against Kirby T. Tanimura, Angelito Caballa,

Yolanda Tanimura, and any person or entity who receives actual notice of this Order. This Court specifically notes that this Order does not apply to Tanimura Distributing, Inc. as a result of its filing for Chapter 7 bankruptcy protection.

2.   Kirby T. Tanimura, Angelito Caballa, Yolanda Tanimura, and all persons in active concert or participation with them or who receive actual notice of this Order are enjoined and restrained from dissipating, paying, transferring, assigning or selling any and all assets in their possession covered by or subject to the trust provisions of the PACA without agreement of the parties or until further order of this Court.

3.   Plaintiffs shall not be required to give security in view of the fact that Defendant Tanimura Distributing now holds $221,232.30 of PACA trust assets that belong to Plaintiffs and that this Order merely requires said Defendant to obey the requirements of PACA.

4.   This Order shall be binding upon Individual Defendants, Kirby T. Tanimura, Angelito Caballa, and Yolanda Tanimura, and all other persons or entities who receive actual notice of this Order.

5.   This Order shall continue in full force and effect, except upon further Order of this Court.

6.   This Court shall retain jurisdiction of this action to ensure complete compliance with the terms of this Order.

7.   Plaintiffs shall serve a copy of this Order upon Defendants, Kirby T. Tanimura, Angelito Caballa, and Yolanda Tanimura, by personal service,

including by facsimile transmission or federal express. Such service shall be deemed good and sufficient.

**DONE and ORDERED,** this 19th day of August, 2008 at Los Angeles, California.

_____
**Honorable Judge George H. Wu**
**United States District Judge**